Certificate Number: 16339-PAE-DE-040861611

Bankruptcy Case Number: 26-11237



16339-PAE-DE-040861611

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2026, at 5:12 o'clock PM EDT, Elene Jikuri completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 15, 2026                    By:    /s/Kris Krumal

                                         Name:  Kris Krumal

                                         Title:  Certified Financial Counselor